## COMMERCIAL BANK OF CLEVELAND *v.* IOLA.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF KANSAS.

No. 741.  Submitted December 9, 1874. — Decided February 1, 1875.

*Loan Association* v. *Topeka*, 20 Wall. 655, followed.

MR. JUSTICE MILLER delivered the opinion of the court.

The only difference between this case and that of *The Citizens' Bank* v. *Topeka*, just decided, (*Loan Association* v. *Topeka*, 20 Wall. 655,) is that the bonds were issued before the general act of February 29, 1872, there being at that time no statute of Kansas which professed to authorize the proceeding.  But after the vote in favor of issuing the bonds, an act of the legislature ratified the vote and authorized the city officers to deliver the bonds and to levy the taxes necessary to pay their principal and interest.  They were issued to a private corporation to aid in constructing and operating foundry and machine shops.

This is all that is necessary to be said, and it shows that the

case comes within the principles of the one just decided, and that the judgment of the Circuit Court holding the bonds void must be

*Affirmed.*

*Mr. Alfred Ennis* for plaintiff in error.

*Mr. A. L. Williams* for defendant in error.